# Exhibit E



# Exhibit F



# Exhibit G

